SEVEN MILE BEACH COMPANY, respondent,

v.

CHARLES S. DOLLEY et al., appellants.

[Argued June 29th, 1906.   Decided March 4th, 1907.]

On cross-appeal by defendants from a decree of the court of chancery, advised by Vice-Chancellor Bergen, whose opinion is reported *ante p. 736.*

*Mr. Norman Grey,* for the appellants.

*Mr. Lewis Starr* and *Mr. Clarence L. Cole,* for the respondent.

PER CURIAM.

So much of the decree in this cause as is brought up for review by the appeal taken by the defendants below is affirmed, for the reasons stated in the opinion filed by Vice-Chancellor Bergen in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, HEN-DRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VRE-DENBURGH, VROOM, GREEN, GRAY, DILL—14.